JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

          Plaintiff,

       v.

PARAG PATEL,

          Defendant.

Case No. CV 20-9441 FMO (ASx)

**JUDGMENT**

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 16th day of December, 2020.

                                 /s/
                            Fernando M. Olguin
                         United States District Judge