**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>   Plaintiff(s),<br><br> v.<br><br>PARAG PATEL<br><br>   Defendant(s). | CASE NO:<br>2:20−cv−09441−FMO−AS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

 Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

 **IT IS SO ORDERED.**

DATED: April 22, 2021        /s/ *Fernando M. Olguin*
                  Fernando M. Olguin
                  United States District Judge